```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0095--CV (RRB)
              "USA V $9,600.00 IN U.S. CURRENCY"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
    Referral Rule:  LAR (e)(4)
            Filed: 04/30/03
           Closed: 08/29/03

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (625) Drug Related Seizure of Property
                   SEIZURE/FORFEITURE OF $9,600.00
           Origin: (1) Original Proceeding
           Demand: 9
       Filing fee: Waived
         Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA       James N. Barkeley
                                                U.S Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071

DEF 1.1          $9,600.00 IN U.S. CURRENCY     No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0095--CV (RRB)
                            "USA V $9,600.00 IN U.S. CURRENCY"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
    Referral Rule:  LAR (e)(4)
            Filed: 04/30/03
           Closed: 08/29/03

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (625) Drug Related Seizure of Property
                   SEIZURE/FORFEITURE OF $9,600.00
           Origin: (1) Original Proceeding
           Demand: 9
       Filing fee: Waived
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/30/03 | Verified Complaint for forfeiture w/att aff/exh filed. |
| 2 - 1 | 04/30/03 | PLF 1 motion (request) for judicial issuance of in rem warrant of arrest. |
| NOTE - 1 | 05/05/03 | Issued: In Rem WOA. |
| 2 - 2 | 05/05/03 | AHB Order granting motion (request) for judicial issuance of in rem warrant of arrest. (2-1).  cc: cnsl, USM |
| 3 - 1 | 05/05/03 | RRB Minute Order that matters involving in rem warrant are referred to MJ Branson.  cc: cnsl, MJ Branson |
| 4 - 1 | 05/07/03 | USM Return of svc of WOA executed on 5/6/03. |
| 5 - 1 | 06/10/03 | USM Return of svc of complaint & notice on Paulo Rodrigues unexecuted. |
| 6 - 1 | 06/25/03 | USM Return of Service Unexecuted as to Avraham B. Zorea (cnsl for Paulo Rodrigues). |
| 7 - 1 | 06/25/03 | USM Return of Service Executed re: svc of complaint pkg. & ntc on Augusto Pirez on 6/18/03. |
| 8 - 1 | 07/02/03 | PLF 1 Return of Service Executed re: Avraham B. Zorea (cnsl for Paulo Rodrigues) executed on 6/30/03. |
| 9 - 1 | 07/03/03 | USM Return of service re: proof of publication in Anchorage Daily News on 6/8/-3;6/15/03 & 6/22/03. |
| 10 - 1 | 07/10/03 | USM Return of svc of proof of publication in The Dutch Harbor Fisherman on 6/12/03 for 3 consecutive issues w/last on on 6/26/03. |
| 11 - 1 | 08/04/03 | RRB Minute Order re: plf is required to take action as to case not at issue.  Plf to require and answer or apply fo default w/in 20 days.  cc: cnsl |
| 12 - 1 | 08/29/03 | PLF 1 Dismissal Notice (Case). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0095--CV (RRB)
                               "USA V $9,600.00 IN U.S. CURRENCY"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 09/02/03 | USM Return of svc of complaint pkg & notice unexecuted. |
| 14 - 1 | 12/04/03 | USM Return of svc re return of property unexecuted per Wells Fargo Bank rep Carl Sexton as account is closed and will not be reopened. Requested check to be sent to individual. |
| 15 - 1 | 12/24/03 | USM Return of svc of return of property on Avraham B. Zorea (cnsl for Paulo Rodrigues) on 12/19/03. |
| 16 - 1 | 12/24/03 | USM Return of svc on return of property to Wells Fargo Bank unexecuted. |