# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S.A. | A03-095 CV (RRB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $9,600.00 in U.S. Currency Held in Austin, Texas Wells Fargo Bank Acct # 1011166251 | Publication |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DUTCH HARBOR FISHERMAN (Alaska Newspapers - 272-9830)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box 920472, Dutch Harbor, AK 99692

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.

RECEIVED JAN 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(Abandonment)
Please publish the attached Notice in the above-referenced newspaper once a week for 3 consecutive weeks.

03-DEA-420303

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Katie Voke /s/ Katie Voke | | (907) 271-2304 | 7/26/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk /s/ Michael S. Gove | Date 8-1-05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | |
|---|---|---|
| 1/11/06 | 4:23 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 8/11, 8/18, 8/25
Published on 12/1, 12/8 and 12/15
See Attachment Proof of publication.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CALIF
2005 DEC 27  AM 11

# ALASKA NEWSPAPERS INC.
## 301 CALISTA COURT, SUITE B
## ANCHORAGE, ALASKA 99518-3028
☎(907) 272-9830　　*　　🖷(907) 272-9512

U.S. MARSHALLS SERVICE
ANH TU
255 E TEMPLE ST, RM 4128
LOS ANGELES, CA 90012

Date: December 16, 2005
CASE/PO:
INVOICE :DHF310016

# AFFIDAVIT OF PUBLICATION

UNITED STATES OF AMERICA, STATE OF ALASKA, THIRD DIVISION. BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC THIS DAY PERSONALLY APPEARED **SHANNON MOONEY** WHO, BEING FIRST DULY SWORN, ACCORDING TO LAW, SAYS THAT SHE IS THE BILLING CLERK FOR:

THE **DUTCH HARBOR FISHERMAN,**

PUBLISHED AT ANCHORAGE IN SAID DIVISION THREE AND STATE OF ALASKA AND THAT THE ADVERTISEMENT, OF WHICH THE ANNEXED IS A TRUE COPY, WAS PUBLISHED IN SAID PUBLICATION ON **12/1/2005** AND THEREAFTER FOR A TOTAL OF **3** CONSECUTIVE ISSUE(S), THE LAST PUBLICATION APPEARING ON **12/15/2005**, AND THAT THE RATE CHARGED THEREON IS NOT IN EXCESS OF THE RATE CHARGED TO PRIVATE INDIVIDUALS.

SHANNON D. MOONEY
BILLING CLERK, ALASKA NEWSPAPERS


STAMP

SUBSCRIBED AND SWORN TO ME ON **December 16, 2005**

CHRISTINA RITTER
MY COMMISSION EXPIRES ON MARCH 24, 2009