# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** U.S.A. | **COURT CASE NUMBER** A03-095 cv (RRB) |
| **DEFENDANT** $9,600.00 in U.S. Currency Held in Austin, Texas Wells Fargo Bank Acct.# 1011166251 | **TYPE OF PROCESS** Publication |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ANCHORAGE DAILY NEWS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1001 Northway Drive, Anchorage, AK 99508

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice ~~of forfeiture~~ (Abandonment) in the above-referenced newspaper once a week for 3 consecutive weeks.

03-DEA-420303

Signature of Attorney or other Originator requesting service on behalf of: Katie Voke /s/ Katie Voke

☒ PLAINTIFF ☐ DEFENDANT

**TELEPHONE NUMBER** (907) 271-2304

**DATE** 7/26/05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | Michael S. [signature] | 8-1-05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 1/11/06 | 4:30 | ☒ pm |

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: published 8/7, 8/14, + 8/21

~~XXXXXX~~ Published on 12/1/05, 12/8/05 and 12/15/05. See attached Declaration of publication.

RECEIVED U.S. MARSHALS SERVICE ALASKA 2005 JUL 26 PM 1:27

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

12/16/2005

**Anchorage Daily News**
**Affidavit of Publication**
1001 Northway Drive, Anchorage, AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 665653 | 12/01/2005 | | USMA1106 | $57.76 | | | | | | |
| | 12/08/2005 | | USMA1106 | $57.76 | | | | | | |
| | 12/15/2005 | | USMA1106 | $57.76 | | | | | | |
| | | | | $173.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $173.28 |

RECEIVED U.S. MARSHALS SERVICE LOS ANGELES, CALIF. 2005 DEC 27 PM 2

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

20 December 2005

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 6 May 2006

_____

The United States Marshals Service in the District of Alaska has the following item in its possession: CASHIERS CHECK FOR $3,829.59 IN UNITED STATES CURRENCY, which was seized in United States v. $9,600.00 in United States Currency Previously Held in Austin, Texas Wells Fargo Bank Account Number 1011166251, Case No. A03-095 CV (RRB).

Any person(s) having claim to the currency please contact the United States Marshals Service, Anh Tu, Property Management Specialist, at (213) 894-8362. Person(s) making a claim to the currency must present proof of ownership. If the United States Marshals Service receives no claims within 30 days from the first day of this publication, the currency will be considered obandoned and will revert to the United States of America.

Pub: 12/1, 8, 15, 2005

